# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CERTIFICATE UNDERWRITERS §<br>AT LLOYD'S OF LONDON AND §<br>ARCH SPECIALTY INSURANCE CO., §<br>         §<br>    Plaintiffs, §<br>         §<br>v.    §<br>         §<br>RALPH S. JANVEY, §<br>IN HIS CAPACITY AS §<br>COURT APPOINTED RECEIVER FOR §<br>STANFORD INTERNATIONAL §<br>BANK, LTD., ET. AL., §<br>         §<br>    Defendant. §<br>         § | CIVIL ACTION NO. 3:09-cv-1736 |

## NOTICE OF SETTLEMENT AND STIPULATED ORDER STAYING ALL DEADLINES

**WHEREAS**, the parties have settled, in principle, all matters in controversy;

**WHEREAS**, the parties are working diligently to document the settlement agreement and to prepare the papers necessary to seek court approval of that settlement;

**WHEREAS**, the papers necessary to seek court approval of the settlement will be submitted to the court as soon as they are finalized;

**NOW, THEREFORE**, upon consideration of the Notice of Settlement and Joint Stipulation of the parties; and

It appears that good cause exists to enter this Stipulated Order, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Civil Justice Expense and Delay Reduction Plan for the Northern District of Texas;

It is hereby **ORDERED** that all deadlines, including without limitation, expert disclosure deadlines, discovery deadlines, motions deadlines, and the trial, are hereby stayed until further order of this Court.

It is further **ORDERED** that the parties shall work diligently to finalize the settlement documentation and make their best efforts to submit the settlement to the Court for approval on or before February 17, 2016.

Signed December 14, 2015.

_____
David C. Godbey,
United States District Judge

STIPULATED AND AGREED AS TO FORM AND SUBSTANCE:

| AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: /s/ Daniel McNeel Lane, Jr.<br>Daniel McNeel Lane, Jr. (SBN 00784441)<br>nlane@akingump.com<br>Manuel Mungia, Jr. (SBN 24060310)<br>mmungia@akingump.com<br>Matthew E. Pepping (SBN 24065894)<br>mpepping@akingump.com<br>300 Convent Street, Suite 1600<br>San Antonio, Texas 78205<br>Phone: (210) 281-7000<br>Fax: (210) 224-2035<br><br>-and-<br><br>Eric Gambrell (SBN 00790735)<br>egambrell@akingump.com<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>Phone: (214) 969-2800<br>Fax: (214) 969-4343<br><br>Attorneys for Plaintiffs | KUCKELMAN TORLINE KIRKLAND & LEWIS, LLC<br><br>By: /s/ Kathryn A. Lewis<br>Michael J. Kuckelman (KS #145878)<br>mkuckelman@ktklattorneys.com<br>Stephen J. Torline (KS #18292)<br>storline@ktklattorneys.com<br>Kathryn A. Lewis (KS #20690)<br>klewis@ktklattorneys.com<br>10740 Nall Avenue<br>Suite 250<br>Overland Park, Kansas 66211<br>Phone: (913) 948-8615<br>Fax: (913) 948-8611<br><br>Attorneys for Receiver Ralph S. Janvey |