IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND ARCH SPECIALTY INSURANCE CO., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:09-CV-1736-N |
| RALPH S. JANVEY, RECEIVER, *et al.* | § § § | |
| Defendants. | § | |

### **ORDER**

This Order addresses Plaintiffs Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Co.'s emergency motion for mediated settlement conference [142]. The Court denies the motion. The parties shall update the Court regarding their progress on settlement negotiations by March 31, 2016.

Signed March 7, 2016.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE