IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CERTIFICATE UNDERWRITERS AT LLOYD'S OF LONDON AND ARCH SPECIALTY INSURANCE CO., | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:09-cv-1736 |
| v. | § § | |
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT APPOINTED RECEIVER FOR STANFORD INTERNATIONAL BANK, LTD., ET. AL. | § § § § § § | |
| Defendant. | § § § | |

**JOINT NOTICE OF PROGRESS ON SETTLEMENT**

Plaintiffs Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Co. (collectively "Underwriters") and Ralph S. Janvey, in his capacity as Court appointed Receiver for Stanford International Bank, Ltd., et al. (the "Receiver"), submit this Joint Notice of Progress on Settlement, and respectfully show as follows:

On April 18, 2016, this Court ordered the Parties to update the Court regarding their progress on settlement discussions by May 6, 2016. (Docket No. 154). The Receiver subsequently provided revised settlement documents to Underwriters, and the Receiver is awaiting a response from Underwriters. Underwriters and the Receiver are continuing discussions, which they expect to complete within the next week.

Therefore, the Parties will further update the Court on the status of the settlement negotiations on or before May 13, 2016.

1

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Daniel McNeel Lane, Jr.
Daniel McNeel Lane, Jr. (SBN 00784441)
nlane@akingump.com
Manuel Mungia, Jr. (SBN 24060310)
mmungia@akingump.com
Matthew E. Pepping (SBN 24065894)
mpepping@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Phone: (210) 281-7000
Fax: (210) 224-2035

-and-

Eric Gambrell (SBN 00790735)
egambrell@akingump.com
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Phone: (214) 969-2800
Fax: (214) 969-4343

AND

KUCKELMAN TORLINE KIRKLAND & LEWIS, LLC


/s/    Kathryn Lewis_____
Michael J. Kuckelman (KS #14587)
mkuckelman@ktklattorneys.com
Stephen J. Torline (KS #18292)
storline@ktklattorneys.com
Kathryn A. Lewis (KS #20690)
klewis@ktklattorneys.com
10740 Nall, STE 250
Overland Park, KS 66211
Phone: 913-948-8610
Fax:    913-948-8611

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## **CERTIFICATE OF SERVICE**

On May 6, 2016, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

/s/ <i>Daniel McNeel Lane, Jr.</i><br>
Daniel McNeel Lane, Jr.