**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS** | § | |
| **AT LLOYD'S OF LONDON AND** | § | |
| **ARCH SPECIALTY INSURANCE CO.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:09-CV-01736-N** |
| | § | |
| **RALPH S. JANVEY, IN HIS** | § | |
| **CAPACITY AS COURT APPOINTED** | § | |
| **RECEIVER FOR STANFORD** | § | |
| **INTERNATIONAL BANK, LTD., ET** | § | |
| **AL.,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>DEFENDANT RALPH S. JANVEY'S  NOTICE OF PROGRESS ON SETTLEMENT</u>**

Defendant Ralph S. Janvey, in his capacity as Court-appointed Receiver for Stanford International Bank (the "Receiver"), submits this Notice of Progress on Settlement and respectfully states:

This Court ordered the Parties to update the Court regarding their progress on settlement discussions by May 6, 2016.  (Docket No. 154). Thereafter, the parties sought additional time to May 20, 2016. The parties are at an impasse and, therefore, Receiver respectfully requests that the Court place this matter back on the trial docket.

Respectfully Submitted,


/s/Kathryn A. Lewis
Michael J. Kuckelman          KS #14587
Stephen J. Torline            KS #18292
Kathryn A. Lewis              KS #20690
KUCKELMAN TORLINE KIRKLAND & LEWIS, LLC
10740 Nall, STE 250
Overland Park, KS 66211
Phone: 913-948-8610
Fax:    913-948-8611
mkuckelman@ktklattorneys.com
storline@ktklattorneys.com
klewis@ktklattorneys.com
**ATTORNEYS FOR RECEIVER**
**RALPH S. JANVEY**


## CERTIFICATE OF SERVICE


On May 20, 2016, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.


/s/ *Kathryn A. Lewis*

Kathryn A. Lewis

{00490061}