IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND ARCH SPECIALTY INSURANCE CO., | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:09-cv-1736 |
| v. | § § | |
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT APPOINTED RECEIVER FOR STANFORD INTERNATIONAL BANK, LTD., ET. AL. | § § § § § § | |
| Defendant. | § § § | |

## NOTICE ON STATUS OF SETTLEMENT DISCUSSIONS

Plaintiffs Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Co. (collectively "Underwriters")[1] file this Notice of Status of Settlement Discussions, and respectfully show as follows:

As this Court is aware, the parties reached an agreement to settle this case on December 3, 2015, pursuant to which Underwriters agreed to pay the Receiver $65 million in exchange for a bar order and the Receiver's agreement to "fully release any and all insureds under the relevant policies" (the "Settlement Agreement"). The agreement was reached after much discussion and two mediation sessions lasting a total of three days, when both parties accepted the mediator's settlement proposal to the parties. Almost immediately—even before the parties exchanged draft

---

[1] Underwriters include Lloyd's of London Underwriting Members in Syndicates 2987, 2488, 1886, 1084, 4000, 1083, and 1274, as well as Arch Specialty Insurance Company and Lexington Insurance Company.

papers to formalize the settlement agreement—the Receiver attempted to renege, which prompted Underwriters to file a Motion to Enforce the Settlement Agreement (Doc. 134). Since that time, Underwriters have in good faith conducted lengthy negotiations with the Receiver concerning his proposed modifications to the Settlement Agreement. Underwriters previously sought the Court's assistance in resolving the remaining points of difference with their Emergency Motion for Mediated Settlement Conference (Doc. 142), which the Court denied (Doc. 149). Despite Underwriters considerable efforts to accommodate the Receiver, the parties have reached an impasse.

**Underwriters Request a Hearing on Underwriters' Motion to Enforce Settlement Agreement.** Underwriters request that the Court set a hearing on their pending Motion to Enforce the Settlement Agreement. A central issue at that hearing will be the meaning of the Receiver's agreement to "fully release any and all insureds under the Policies" in exchange for $65 million. Underwriters believe that phrase is clear and unambiguous, but are prepared to present evidence on the issue through live testimony. Underwriters further believe that the settlement agreement reached by the parties is in the best interests of the Receivership Estate because the amount of agreed-upon settlement proceeds far exceeds the amount that the receiver would recover in separate actions against Underwriters' individual insureds.

Date: May 20, 2016

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   /s/ Daniel McNeel Lane, Jr.
Daniel McNeel Lane, Jr. (SBN 00784441)
nlane@akingump.com
Manuel Mungia, Jr. (SBN 24060310)
mmungia@akingump.com
Matthew E. Pepping (SBN 24065894)
mpepping@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Phone: (210) 281-7000
Fax: (210) 224-2035

-and-

Eric Gambrell (SBN 00790735)
egambrell@akingump.com
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Phone: (214) 969-2800
Fax: (214) 969-4343

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

On May 20, 2016, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

/s/ *Daniel McNeel Lane, Jr.*
Daniel McNeel Lane, Jr.