**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS** | § | |
| **AT LLOYD'S OF LONDON AND** | § | |
| **ARCH SPECIALTY INSURANCE CO.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO. 3:09-cv-1736** |
| **v.** | § | |
| | § | |
| **RALPH S. JANVEY,** | § | |
| **IN HIS CAPACITY AS** | § | |
| **COURT APPOINTED RECEIVER FOR** | § | |
| **STANFORD INTERNATIONAL** | § | |
| **BANK, LTD., ET. AL.** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**AGREED MOTION TO DISTRIBUTE NOTICE OF SETTLEMENT
AND BAR ORDER PROCEEDINGS VIA ECF**

Ralph S. Janvey, in his capacity as the Receiver for Stanford International Bank, et al. (the "Receiver") files this Agreed Motion to Distribute Notice of Settlement and Bar Order Proceedings via ECF, and in support thereof would respectfully show the Court the following:

1.      On June 27, 2016, the Receiver and the Official Stanford Investors Committee (collectively the "Movants") filed their Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement, to Enter the Bar Order, to Enter the Final Judgment and Bar Order, and for Plaintiffs' Attorneys' Fees and Expenses and Brief in Support (the "Motion to Approve") [Doc. No. 2324] in Civil Action No. 3:09- CV-01736-N and other related actions, including but not limited to Civil Action No. 3:09-CV00298-N ("SEC Case"), all of

{00494663}

1

which are pending in the United States District Court for the Northern District of Texas. On July 11, 2016, the Court entered the Scheduling Order [Doc. No. 2333] in the SEC Case.

2. Pursuant to the Scheduling Order, on or before August 1, 2016, the Receiver is required to "cause the Notice to be distributed by ECF to all parties to and persons who have entered an appearance in any case included in MDL No. 2099, *In re: Stanford Entities Securities Litigation* (N.D. Tex.)" (the "MDL"). *See* Doc. No. 2335, at pg. 4.

3. Movants request that the Court permit the Clerk to file the Notice, attached as Exhibit A, via ECF in the MDL and in all cases included in the MDL.

4. Counsel for Certain Underwriters at Lloyd's, London, Arch Specialty Insurance Company, and Lexington Insurance Company agree to this Motion.

Respectfully submitted,


/s/Kathryn A. Lewis
Michael J. Kuckelman     KS #14587
Stephen J. Torline     KS #18292
Kathryn A. Lewis     KS #20690
KUCKELMAN TORLINE KIRKLAND & LEWIS, LLC
10740 Nall, STE 250
Overland Park, KS 66211
Phone: 913-948-8610
Fax:    913-948-8611
mkuckelman@ktklattorneys.com
storline@ktklattorneys.com
klewis@ktklattorneys.com
**ATTORNEYS FOR RECEIVER**
**RALPH S. JANVEY**

## <u>CERTIFICATE OF SERVICE</u>

On July 18, 2016, I electronically submitted the foregoing document with the clerk of the court of the U. S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/Kathryn A. Lewis